FILED

IN THE US DISTRICT COURT OF THE MIDDLE DISTRICT OF FLORIDA

2015 AUG -6  AM 9: 32

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE FLORIDA

BERNARD A ETHIER                          *
          Complainant
                                     *

and                                       *

THE US DEPARTMENT OF JUSTICE             *

and                                       *

THE US ATTORNEY GENERAL                  *

and                                       *

THE WHITE HOUSE                          *      Case Number  3:15-cv-967-J-32JRK

and                                       *

THE US SUPREME COURT                     *

and                                       *

THE US CONGRESS (USA)                    *

                                     *

## COMPLAINT

      This COMPLAINANT comes by invitation as a USA citizen and State of Florida resident

within the jurisdiction of the United States District Court of the Middle District of Florida.  This filing

is WITH this honorable court and WITH any other United States District Courts within the USA.

      This COMPLAINANT is the author and sole publisher of our White House approved White

House "Code Book."  The "Code Book" was reviewed by all involved and this publisher gratefully

received US Government Approval in writing for general publication.  The Co-Publisher Yahoo

International was under contract to this COMPLAINANT (the Lead Publisher) for the production of an

unlimited number of copies for this valuable 3.7 million dollar book. As copies were produced and sold, funds were deposited into a private checking account in the name of this COMPLAINANT.

All of the White House "Code Book" funds in this COMPLAINANT'S checking account were taken. I didn't even have a twenty dollar bill in the account to pay for past, ongoing, and future expenses. The account was in the name of this completely honest and well organized COMPLAINANT and contained funds from the direct sales of the book designated to reimburse the COMPLAINANT for a minimum of ten thousand hours of labor and to cover past, ongoing, and future related Code Book expenses.

Interactive Monitoring. Following the White House Code Book publication and chronologically in order, this honest and legal abiding citizen began noticing public prosecution (1,700 times) directed at himself regarding the way God created him at birth.

This COMPLAINANT is entering his elderly years as a single male with the custody of two excessively handicapped children that will need his attention and care regardless of any Federal and State assistance.

This COMPLAINANT recently heard from the US Supreme Court that we have entered into an agreement whereby the US Supreme Court will pay $500,000.00 to this COMPLAINANT regarding the approval of the "Code Book" for taken money and for general public prosecution. As this is a court action, request the fund be considered for and identified as "tax exempt."

This COMPLAINANT is grateful to the US Supreme Court to receive the US Treasury Check at his address of record. On second thought, I had better pickup the US Treasury Check at the US District Court of the Middle District of Florida (Jacksonville Division).

2

Respectfully submitted,

Bernard Allen Ethier

AUGUST 5, 2015

Date

CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of August 2015, I will mail TWELVE (12) originals of this

document by U.S. Mail to:

Loretta E Lynch, Attorney General of the United States

U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC  20530-0001

Attention:  US Department of Justice Legal

_____          AUGUST 5, 2015

Bernard Allen Ethier                                     Date

4

Petitioner's Current Address of Record:

Bernard Allen Ethier
2929 Pimlico Lane
Jacksonville, Florida  32250